UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLTON KNOWLES, on behalf of himself and all other persons similarly situated,

                Plaintiff,

                v.

THE REPUBLIC OF TEA, INC.,

                Defendant.

24-CV-5878 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on August 2, 2024. *See* Dkt. No. 1. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). Accordingly, it is hereby:

ORDERED that, no later than January 24, 2025, Plaintiff shall submit a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

IT IS FURTHER ORDERED that if the Court does not receive a letter by January 24, 2025, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     January 17, 2025
             New York, New York

                                                        Hon. Ronnie Abrams
                                                        United States District Judge