UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLTON KNOWLES, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF TEA, INC,<br><br>Defendant. | 24-CV-5878 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Plaintiff commenced this action on August 2, 2024.  Defendant was served on September 10, 2024, and thus its answer was due on October 1, 2024.  Defendant did not timely respond to the complaint or otherwise appear in this action.  Accordingly, on January 21, 2025, the Court granted Plaintiff's request to extend Defendant's deadline to answer or otherwise appear until February 17, 2025, after which Plaintiff would seek default judgment.  To date, Defendant has not appeared, and Plaintiff has not begun default judgment proceedings.

Plaintiffs shall commence default judgment proceedings no later than March 14, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      March 3, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge